**DISMISS; and Opinion Filed December 15, 2016.**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-16-01432-CV

### IN RE RONALD KEVIN PERRIOTT, Relator

**Original Proceeding from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F84-84710**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Evans, and Schenck
Opinion by Justice Lang-Miers

Before the Court is relator's December 6, 2016 petition for writ of mandamus. Relator was convicted of murder in 1984, this Court affirmed the conviction, and relator is serving a life sentence. In this original proceeding, relator complains that Dallas County District Clerk Felicia Pitre refused to provide him with the cost for obtaining a copy of the transcript of a suppression hearing "A.K.A. Jackson v. Denno Hearing" that relator asserts he needs because he is "reappealing" his conviction. Relator asks the Court to order the district clerk to (1) declare relator indigent and provide him with "a loan copy" of the transcript for him to use to prepare his new appeal, or (2) explain why the clerk will not release the record.

We do not have mandamus jurisdiction over a district clerk unless the clerk is interfering with our appellate jurisdiction. TEX. GOV'T CODE § 22.221(a)-(b) (West 2004) (court of appeals may only issue writ of mandamus against district and county judges or as necessary to enforce jurisdiction of appellate court); *In re Wilkerson*, 05-16-00322-CV, 2016 WL 1320815, at *1

(Tex. App.—Dallas Apr. 5, 2016, orig. proceeding) (citing *In re Simpson*, 997 S.W.2d 939, 939

(Tex. App.—Waco 1999, orig. proceeding)).  No appeal is pending before the Court and, thus,

the clerk's actions and inactions are not interfering with the Court's appellate jurisdiction.

Accordingly, we dismiss the petition for want of jurisdiction.


/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE


161432F.P05